# IN THE SUPREME COURT OF THE STATE OF NEVADA

EUGENE ALBERT MAUWEE, SR.,
Appellant,

vs.

ROBERT LEGRAND, WARDEN,
LOVELOCK CORRECTIONAL
CENTER,
Respondent.

No. 67655



FILED

JUL 08 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On March 8, 2016, this court entered an order directing appellant's personal representative, if any, to file a motion for substitution with this court pursuant to NRAP 43 within 90 days, if he or she wishes this appeal to proceed. *See Brass v. State*, 129 Nev. Adv. Op. 53, 306 P.3d 393 (2013); *see also Walker v. Burkham*, 68 Nev. 250, 253-54, 229 P.2d 158, 160 (1951) ("[u]pon the death of a party . . . the [action] cannot proceed until someone is substituted for the decedent . . ."). No such motion having been filed within the allotted time, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. Connie J. Steinheimer, District Judge
Oldenburg Law Office
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

16-21272